FILED
CLERK, U.S. DISTRICT COURT

SEP 1 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA DE JESUS GOMEZ<br><br>Defendant. | No CR 01-1325-JFW ~~JSL~~<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: She will not pose a danger. Based on Probation Office's Report and Warrant and the Pretrial Services Report and its recommendation of detention.

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: She will not flee. Based on Probation Office's Report and Warrant, and the Pretrial Services Report and its recommendation of detention.

IT IS ORDERED that defendant be detained.

DATED: September 14, 2015

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2